PD-0525-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/8/2015 6:57:19 PM
Accepted 6/11/2015 2:43:26 PM
ABEL ACOSTA
CLERK

## NO. PD-0525-15
## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

June 11, 2015

ABEL ACOSTA, CLERK

### CHRISTOPHER ALAN LEMASTER
*APPELLANT*

### VS.

### THE STATE OF TEXAS
*APPELLEE*

*Granted to [illegible], July 8, 2015*
*[illegible]*
*6-17-15*

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, CHRISTOPHER ALAN LEMASTER, Appellant, and files this Motion for Extension of Time to File Appellant's Petition for Discretionary Review, pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure. In support of this Motion, Appellant would show the following:

I.

On April 8, 2015, the 4th Court of Appeals affirmed the trial court's judgment, in the case styled *Christopher Alan LeMaster vs. State of Texas*, Cause No. 04-14-00344-CR. No motion for rehearing or motion for en banc reconsideration was filed.

## II.

Appellant's Petition for Discretionary Review is currently due to be filed on June 8, 2015. Counsel for Appellant requires an extension of thirty (30) days within which to complete and file Appellant's Petition for Discretionary Review in this cause. This is Appellant's second request for extension of time.

## III.

Counsel was hired May 1, 2015, by Appellant to work on this matter. Counsel for Appellant has worked diligently on Appellant's Petition for Discretion Review since being hired, but has been, and will be, unable to complete it by the current due date for the following reason:

1. The week of May 4, 2015, and the week of May 11, 2015, Counsel for Appellant had numerous, previously set, pretrial and trial settings in the county and district criminal courts of Bexar County, Texas.

2. The week of May 18, 2015, Counsel for Appellant was set, and prepared, for jury trial in the case styled *State of Texas vs. Jasmine Parra*, pending in County Court at Law No. 5 of Bexar County, Texas. Counsel for Appellant also had numerous, previously set, pretrial settings in the county and district criminal courts of Bexar County, Texas.

3. The week of May 25, 2015, Counsel's office was closed in observance of the Memorial Holiday on Monday, May 25, 2015; Counsel for Appellant was

also set, and prepared, for jury trial in the case styled *State of Texas vs. Michael Smith*, pending in the 379th District Court of Bexar County, Texas, as co-counsel. Counsel for Appellant also had numerous, previously set, pretrial settings in the county and district criminal courts of Bexar County, Texas.

4. The week of June 1, 2015, Counsel for Appellant was set, and prepared, for jury trial in the case styled *State of Texas vs. Joanna Garcia*, pending in County Court at Law 15, Counsel for Appellant also had numerous, previously set, pretrial settings in the county and district criminal courts of Bexar County, Texas.

5. Counsel for Appellant was also involved in assisting with the research and preparation of several appellate matters pending in Harris County, Texas.

6. Counsel for Appellant has also worked diligently on the, investigation, research, and preparation of the following, upcoming, post-conviction matters: *Ex parte Corey Farrow, Ex parte Alexander Gauthier, Ex parte Alexis Rodriguez.*

## VI.

This request is not made for the purpose of delay, but rather this request is made to allow counsel adequate time to prepare Appellant's Petition for Discretionary Review. Appellant moves this Court for an order granting an extension of thirty (30) days, or until July 8, 2015, for Appellant to submit the

Petition for Discretionary Review in this case.

WHEREFORE, PREMISES CONSIDERED, Appellant moves this Court for an order granting an extension of thirty (30) days, for Appellant to submit the Petition for Discretionary Review in this case.

Respectfully submitted,

_/s/ Daniel De La Garza_____
DANIEL DE LA GARZA
TBA No. 24077965
1800 McCullough
San Antonio, Texas 78212
Telephone: (210) 263-1146
Facsimile: (210) 855-6274
Email:Daniel.DeLaGarza@Me.com

COUNSEL FOR APPELLANT,
CHRISTOPHER ALAN LEMASTER

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9 of the Texas Rules Appellate Procedure, the undersigned counsel of record certifies that the motion contains 765 words.

*/s/ Daniel De La Garza*
DANIEL DE LA GARZA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief was delivered via email through eFile.TXCourts.gov, to the Bexar County District Attorney's Office, on this the 8th day of June 2015.

_/s/ Daniel De La Garza_
DANIEL DE LA GARZA

## NO. PD-0525-15
## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## AUSTIN, TEXAS

### CHRISTOPHER ALAN LEMASTER
#### *APPELLANT*

### VS.

### THE STATE OF TEXAS
#### *APPELLEE* .

## ORDER

It is the order of the Court that the foregoing Motion for Extension of Time to File Appellant's Petition for Discretionary Review is GRANTED, and the deadline for filing Appellant's Petition for Discretionary Review is extended to July 8, 2015.

SIGNED this the_____day of_____, 2015.

_____
JUDGE PRESIDING